UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                                        CASE NO.: 19-12154-JKO
                                                              CHAPTER 13
David L Picow
Hila Bouman

    Debtor                      /

**NOTICE OF RELATED ACTION**

**COMES NOW** the Debtor, David L Picow, by and through his undersigned counsel, hereby gives notice to all interested entities, individuals, and/or Parties, that:

1. On or about February 19, 2019, David L Picow filed a Voluntary Chapter 13 Bankruptcy Petition.

2. Subsequent thereto, Mr. Picow commenced a separate action against a third-party for violations of the Telephone Consumer Protection Act (the "Subsequent Action"). *See* Southern District of Florida, US District Court, Case No. 0:19-CV-61285.

3. In light of the Subsequent Action, Mr. Picow is currently preparing an Amended Petition and Bankruptcy Plan which includes the Subsequent Action as part of Mr. Picow's bankruptcy estate and/or plan, and once prepared, Debtor will promptly file.

**THIS SPACE WAS INTENTIONALLY LEFT BLANK**

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served, via U.S. first class mail, certified mail and / or CM/ECF, upon all creditors on this _21_ day of August, 2019.

SCOTT B. BABBITT, P.A.
800 West Cypress Creek Road, Suite 502
Fort Lauderdale, Florida 33309
T(954) 771-5297
F(954) 771-4893
scott@babbittlaw.com

_____
SCOTT B. BABBITT
Attorney for Debtor
Florida Bar #376779

**19-12154-JKO Notice will be electronically mailed to:**

Scott B Babbitt on behalf of Debtor David L Picow
scott@babbittlaw.com, maggie@babbittlaw.com

Scott B Babbitt on behalf of Joint Debtor Hila Bouman
scott@babbittlaw.com, maggie@babbittlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Atlas Acquisitions, LLC
bk@atlasacq.com

Quantum3 Group LLC
claims@quantum3group.com

Becket and Lee LLP
proofofclaim@becket-lee.com

Bank of America
Card_Bankruptcy_POC@bankofamerica.com

Robertson, Anschutz & Schneid P.L.
ChasePOCNotification@rasflaw.com

Discover Bank Discover Products Inc
mrdiscpc@discover.com

First National Bank of Omaha
Chunter@fnni.com

Hyundai Lease Titling Trust
kvantress@hcamerica.com

Sage Law Offices
EHARVEY@SAGELAW.COM

Midland Credit Management, Inc. as agent for Midland Funding, LLC
mbx_ilms_bankruptcy@mcmcg.com

Navient Solutions, LLC. on behalf of Ascendium Education Solutions Inc
Ga-Bankmail@AscendiumEducation.org

Pendrick Capital Partners, LLC Peritus Portfolio Services II, LLC
BANKRUPTCY@PERITUSSERVICES.COM

Portfolio Recovery Associates, LLC
Bankruptcy_Info@portfoliorecovery.com

Stefan Beuge, Esq. on behalf of Creditor Wells Fargo Bank, N.A
flsd.bankruptcy@phelanhallinan.com , Stefan.Beuge@phelanhallinan.com

Wells Fargo Bank, N.A, Wells Fargo Cards Service
WFCardsBKY@wellsfargo.com

Wyndham Vacation Resorts, Inc.
bankruptcydept@wyn.com

**19-12154-JKO Notice will not be electronically mailed to:**

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346